# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**DEBORAH ANN PRUITT**                                                    **PLAINTIFF**

**V.**                                                    **CAUSE NO. 3:19-CV-667-CWR-FKB**

**SIMPSON COUNTY, MISSISSIPPI,**                                    **DEFENDANTS**
**et al.**

## FINAL JUDGMENT

For the reasons stated in the Order issued this day by this Court, *see* Docket No. 32, the defendants' motion to dismiss is granted, the plaintiff's state law claims are dismissed without prejudice, and this case is hereby closed on the Court's docket.

**SO ORDERED**, this the 24th day of May, 2021.

                                                               s/ Carlton W. Reeves
                                                               UNITED STATES DISTRICT JUDGE